1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

            Plaintiff,

      v.

RONALD JAYMAX KLUMP,

            Defendant.

NO.  CR-07-090-RHW

**ORDER DENYING MOTION TO
WITHDRAW; GRANTING, IN
PART, DEFENDANT'S MOTION
FOR SEPARATE TRIAL ON
COUNTS**

15      A pretrial hearing was held on July 31, 2007, in Spokane, Washington.
16  Defendant was present and represented by Christina Hunt.  The Government was
17  represented by Assistant United States Attorney Aine Ahmed.
18      On July 27, 2007, Defendant's counsel filed a Motion to Withdraw as
19  Attorney (Ct. Rec. 23).  At that time, Ms. Hunt had been notified that Defendant
20  sought to have her withdraw from the case.  At the pretrial hearing, Defendant
21  indicated that he wanted Ms. Hunt to represent him.  Upon further inquiry from the
22  Court, Defendant reiterated his desire to have Ms. Hunt represent him.
23      On the same day as the hearing, Defendant filed a Motion for Separate Trial
24  on Counts (Ct. Rec. 25).  Defendant has been charged in a four-count Indictment
25  with:  Count 1, Passing a Counterfeit Obligation; Count 2, Possession of
26  Methamphetamine with Intent to Distribute; Count 3, Unlawful Possession of a
27  Firearm; and Count 4, Unlawful Possession of Body Armor.  Defendant maintains
28  that each count must be tried separately in order for Defendant to receive a fair

**ORDER DENYING MOTION TO WITHDRAW; GRANTING, IN PART,
DEFENDANT'S MOTION FOR SEPARATE TRIAL ON COUNTS  ~ 1**

trial.  At the hearing, the Government agreed that Count 1 should be tried separately, but requested additional time to brief whether the remaining counts should be severed.  The Court orally ruled that Count 2 would be severed from Count 3 and Count 4, but reserved ruling on whether Count 3 and Count 4 would be severed for trial.

The parties indicated that they are ready to go to trial on August 13, 2007, on Count 1 of the Indictment.  Defendant indicated that he intends to file a motion to suppress, and also indicated that much of the same evidence would be presented at both the trial on Count 1 and at the suppression hearing.  The parties agreed to hold the suppression hearing immediately after the completion of the trial on Count 1. The remaining trial dates would then be set after the Court rules on Defendant's motion to suppress.

Accordingly, **IT IS HEREBY ORDERED**

1.     Defendant's Motion to Withdraw (Ct. Rec. 23) is **DENIED**.

2.     Defendant's Motion for Separate Trial on Counts (Ct. Rec. 25) is **GRANTED**, in part.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 6th day of August, 2007.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court

Q:\CRIMINAL\2007\Klump\deny.withdraw.wpd

**ORDER DENYING MOTION TO WITHDRAW; GRANTING, IN PART, DEFENDANT'S MOTION FOR SEPARATE TRIAL ON COUNTS ~ 2**