UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-090-RHW |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RECONSIDER AND ORDER SETTING CONDITIONS OF RELEASE |
| RONALD J. KLUMP, | |
| Defendant. | |

At the August 22, 2007, hearing on Defendant's unopposed Motion to Reconsider (Ct. Rec. 35), Defendant appeared with Assistant Federal Defender Christina Hunt; Assistant U.S. Attorney Russell Smoot represented the United States.

There was joint recommendation of conditions of release by counsel. Accordingly,

**IT IS ORDERED** the Defendant's unopposed Motion **(Ct. Rec. 35)** is **GRANTED.** Defendant shall be released on the following conditions:

1. The Defendant shall participate in a program of electronically monitored home confinement. The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the Defendant does not respond to electronic monitoring or cannot be found, U.S. Probation Officers shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO
RECONSIDER AND ORDER SETTING CONDITIONS OF RELEASE ~ 1

Defendant shall be responsible for all costs of electronic monitoring. **Except for court-related appearances and 2 hours each week for attendance at spiritual services, Defendant shall remain under home detention.**

2. Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise his supervising Pretrial Services Officer and his attorney within one business day of any charge, arrest, or contact with law enforcement.

3. Defendant shall advise the court and the United States Attorney in writing before any change in address.

4. Defendant shall appear at all proceedings and surrender as directed for service of any sentence imposed.

5. Defendant shall sign and complete form A.O. 199C before being released and shall reside at the address furnished.

6. Defendant shall remain in the Eastern District of Washington while the case is pending. On a showing of necessity, Defendant may obtain prior written permission to leave this area from the United States Probation Office.

7. Defendant shall not possess a firearm, destructive device or other dangerous weapon.

8. Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

9. Defendant shall refrain from the excessive use of alcohol,

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO
RECONSIDER AND ORDER SETTING CONDITIONS OF RELEASE - 2

1 and the use or possession of a narcotic drug and other controlled
2 substances defined in 21 U.S.C. § 802, unless prescribed by a
3 licensed medical practitioner.
4     10. Defendant shall report to the United States Probation
5 Office before or immediately after his release and shall report as
6 often as they direct, at such times and in such manner as they
7 direct. Defendant shall contact his attorney at least once a week.

**Defendant is advised a violation of any of the foregoing conditions of release may result in the immediate issuance of an arrest warrant, revocation of release and prosecution for contempt of court, which could result in imprisonment, a fine, or both. Specifically, Defendant is advised a separate offense is established by the knowing failure to appear and an additional sentence may be imposed for the commission of a crime while on this release. In this regard, any sentence imposed for these violations is consecutive to any other sentence imposed.**

DATED August 22, 2007.


                        S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO
RECONSIDER AND ORDER SETTING CONDITIONS OF RELEASE - 3